1  JAMES F. BEIDEN  #111304
   Attorney at Law
2  840 Hinckley Road, Suite 245
   Burlingame, CA 94010
3  tel:(650)697-6100
   fax:(650)697-1101
4  Attorney for Debtor

5

6

                    UNITED STATES BANKRUPTCY COURT
7
                    NORTHERN DISTRICT OF CALIFORNIA
8

9

10   In re                        )  Case No: 09-33881
                                  )  CHAPTER 7
11   DEMOCRITO S. JOSE            )
     LESLIE C. JOSE               )
12                    Debtor.     )
     _____ )
13

14                  MOTION TO ABANDON PROPERTY

15       The motion of debtors respectfully represents:

16       1.  The debtors operate three board and care homes for the

17   elderly under two different DBA's at 3579 Monterey Blvd., San

18   Leandro, CA, 429 Linnell Ave., San Leandro, CA, and 3429 Alvarado

19   St., San Leandro, CA at which nine elderly board and care

20   residents currently live.

21       2.  These businesses have not been profitable for the debtors

22   due to regular population changes, but the debtors hope to

23   consolidate the residents in two homes in the hopes of achieving

24   profitability.

25       3.  Title to the real properties that these businesses occupy

26   are held by the debtors and none have equity.  Alvarado St. is

27   currently being proposed for short sale, at which time, debtors

28   will move those residents to one of the other facilities.

4. These properties have some furnishings that the debtors have claimed as exempt.

5. The Chapter 7 Trustee has agreed that these businesses can be abandoned as burdensome to the estate and of no consequential value and will consent to the abandonment thereof.

WHEREFORE debtors pray that the court enter an order allowing debtors to abandon the board and care businesses, including the furnishings and real properties located at 3579 Monterey Blvd., San Leandro, CA, 429 Linnell Ave., San Leandro, CA, and 3429 Alvarado St., San Leandro, CA to the debtors.

Dated: December 17, 2009                    /s/ James F. Beiden
                                            JAMES F. BEIDEN
                                            Attorney for Debtors