DONNA S. TAMANAHA, Assistant U.S. Trustee (WI#1013199)
JULIE M. GLOSSON, Trial Attorney (#230709)
U.S. Department of Justice
Office of the United States Trustee
235 Pine Street, Suite 700
San Francisco, CA 94104
Telephone: (415) 705-3333
Facsimile: (415) 705-3379
Email: julie.m.glosson@usdoj.gov

Attorneys for Acting United States Trustee
SARA L. KISTLER

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | Case No. 09-33881 TEC |
| **DEMOCRITO S. JOSE and** **LESLIE C. JOSE** *dba* **Leslie's Care Home** *dba* **Floresta Board & Care,** Debtors. | Chapter 7 |

**STIPULATION FOR ORDER DIRECTING THE APPOINTMENT OF
PATIENT CARE OMBUDSMAN UNDER 11 U.S.C. § 333**

Debtors and Sara L. Kistler, Acting U.S. Trustee for the Northern District of California - Region 17, ("U.S. Trustee"), by and through their respective attorneys hereby stipulate to the determination that Debtors are a "health care business" as that term is defined under 11 U.S.C. § 101(27A) and that further stipulate for an order directing the U.S. Trustee to appoint a patient care ombudsman under 11 U.S.C. § 333. The parties represent as follows:

WHEREAS, Debtors filed a voluntary petition for relief under chapter 7 on December 7, 2009;

WHEREAS, Debtors checked the box "Health Care Business" on page 1 of the Voluntary Petition and joint debtor reported two other names by which she is known as: "Leslie's Care Home" and "Floresta Board & Care";

Case: 09-33881    Doc# 20    Filed: 12/17/09    Entered: 12/17/09 15:16:35    Page 1 of 2

1    WHEREAS, Debtors' health care business falls within the definition of "health care business" as

2 set forth in 11 U.S.C. § 101(27A) and provides long-term care such that the State of California Long-

3 Term Care Ombudsman is eligible to serve as the ombudsman under 11 U.S.C. § 333; and

4    WHEREAS, Debtors consent to the appointment of a patient care ombudsman.

5    NOW WHEREFORE, Sara L. Kistler, Acting U.S. Trustee for the Northern District of

6 California, and Debtors, through their respective attorneys hereby stipulate and request the Court enter

7 an order directing the appointment of a patient care ombudsman under 11 U.S.C. § 333.

8

9

10 Dated: December 17, 2009          /s/ James F. Beiden _____
                                    James F. Beiden
11                                  Attorney for Debtors

12

13

14 Dated: December 17, 2009          /s/ Julie M. Glosson _____
                                    Julie M. Glosson
15                                  Attorney for Sara L. Kistler, Acting U.S. Trustee

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION FOR ORDER DIRECTING THE APPOINTMENT OF
PATIENT CARE OMBUDSMAN UNDER 11 U.S.C. § 333                    - 2 -

Case: 09-33881    Doc# 20    Filed: 12/17/09    Entered: 12/17/09 15:16:35    Page 2 of 2