JOSEPH RODRIGUES
State Long-Term Care Ombudsman
Office of the State Long-Term Care Ombudsman
California Department of Aging
1300 National Drive, Suite 200
Sacramento, California 95834
Telephone: (916)419-7510
Facsimile: (916)928-2503

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

In re: ) Case No. 09-33881 TEC
) Chapter 7
Democrito S. Jose and )
Leslie C. Jose ) **FIRST REPORT OF THE PATIENT**
dba ) **CARE OMBUDSMAN**
Leslie's Care Home )
dba )
Leslie's Care Home II )
dba )
Floresta Board & Care, )
)
Debtors.) (No Hearing Required)
_____)

Pursuant to the order directing the appointment of a Patient Care Ombudsman entered by this court on December 21, 2009, I was duly appointed as the Patient Care Ombudsman in this case.

In compliance with the notice of appointment I am submitting my first 60-day report.

February 18, 2010                    Respectfully submitted,

                                     _____
                                     Joseph Rodrigues

2

# FIRST REPORT OF THE PATIENT CARE OMBUDSMAN

The Alameda County Long-Term Care Ombudsman Program is the designated Long-Term Care Ombudsman Program for Alameda County and is the local representative of the Office of the State Long-Term Care Ombudsman. As mandated by the federal Older Americans Act (42 U.S.C. 3058g), Ombudsman representatives identify, investigate, and resolve complaints that are made by, or on behalf of residents of long-term care facilities, and relate to action, inaction, or decisions that may adversely affect the health, safety, welfare, or rights of the residents.

Leslie's Care Home, located at 429 Linnell Avenue, San Leandro, California, Leslie's Care Home II, located at 3579 Monterey Boulevard, San Leandro, California, and Floresta Board & Care, located at 3429 Alvarado Street, San Leandro, California, are licensed by the California Department of Social Services, Community Care Licensing Division as Residential Care Facilities for the Elderly (RCFE). RCFEs are housing arrangements chosen voluntarily by the resident, the resident's guardian, conservator or other responsible person; where 75 percent of the residents are sixty years of age or older and where varying levels of care and supervision are provided, as agreed to at time of admission or as determined necessary at subsequent times of reappraisal. Any younger residents must have needs compatible with other

Case: 09-33881    Doc# 41    Filed: 02/18/10    Entered: 02/18/10 11:09:31    Page 2 of 4

residents. Each facility has a licensed capacity for six residents.

Six residents that were living at Floresta Board & Care were moved to Leslie's Care Home on Linnell Avenue. No one is residing at Floresta Board & Care and the facility is now closed. Four residents are living at Leslie's Care Home II on Monterey Boulevard.

For this reporting period, local Ombudsman Program Coordinator Denyse McCowan made two visits to each of the facilities that remain open. She visited Leslie's Care Home and Leslie Care Home II on January 10 and February 11, 2010.

Residents at both facilities appear to be stable. Both facilities were clean and orderly. Residents were observed relaxing and watching television in their rooms. They stated that they were extremely satisfied with their care. The Ombudsman did not receive any complaints.

The Patient Care Ombudsman has no recommendations for the court at this time.

February 18, 2010

Joseph Rodrigues
State Long-Term Care Ombudsman

# PROOF OF SERVICE BY MAIL

STATE OF CALIFORNIA
COUNTY OF SACRAMENTO

I am employed in the County of Sacramento, State of California, in the Office of the State Long-Term Care Ombudsman; I am over the age of 18 and my business address is 1300 National Drive, Suite 200, Sacramento, California 95834.

On February 18, 2010, I served the foregoing document described as: **FIRST REPORT OF THE PATIENT CARE OMBUDSMAN** on the interested parties at their last known address in this action by placing a true and correct copy thereof in a sealed enveloped with postage thereon fully prepaid in the United States mail at Sacramento, California, addressed as follows:

**DEBTORS:**
Democrito S. Jose
Leslie C. Jose
338 King Dr.
South San Francisco, CA 94080

**DEBTOR'S COUNSEL:**
James F. Beiden
Law Offices of James F. Beiden
840 Hinckley Rd., #245
Burlingame, CA 94010

**LOCAL LTC OMBUDSMAN:**
Denyse McCowan
Alameda County LTC Ombudsman Program
6955 Foothill Blvd., Suite 300
Oakland, CA 94605

**LICENSING AGENCY:**
Carol Marcroft
Community Care Licensing
851 Traeger Ave., Suite 360
San Bruno, CA 94066

**OFFICE OF THE UNITED STATES TRUSTEE**
Julie M. Glosson
Office of the United States Trustee
235 Pine St., Suite 700
San Francisco, CA 94104

I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 18, 2010

*/s/ Anne Kim*
Anne Kim

5