JOSEPH RODRIGUES
State Long-Term Care Ombudsman
Office of the State Long-Term Care Ombudsman
California Department of Aging
1300 National Drive, Suite 200
Sacramento, California 95834
Telephone:  (916)419-7510
Facsimile:  (916)928-2503

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No. 09-33881 TEC |
| Democrito S. Jose and | Chapter 7 |
| Leslie C. Jose | **SECOND REPORT OF THE PATIENT** |
| dba | **CARE OMBUDSMAN** |
| Leslie's Care Home | |
| dba | |
| Leslie's Care Home II | |
| dba | |
| Floresta Board & Care, | |
| Debtors. | (No Hearing Required) |

Pursuant to the order directing the appointment of a Patient Care Ombudsman entered by this court on December 21, 2009, I was duly appointed as the Patient Care Ombudsman in this case.

In compliance with the notice of appointment I am submitting my second 60-day report.

April 14, 2010                Respectfully submitted,

                              _____
                              Joseph Rodrigues

2

# SECOND REPORT OF THE PATIENT CARE OMBUDSMAN

The Alameda County Long-Term Care Ombudsman Program is the designated Long-Term Care Ombudsman Program for Alameda County and is the local representative of the Office of the State Long-Term Care Ombudsman. As mandated by the federal Older Americans Act (42 U.S.C. 3058g), Ombudsman representatives identify, investigate, and resolve complaints that are made by, or on behalf of residents of long-term care facilities, and relate to action, inaction, or decisions that may adversely affect the health, safety, welfare, or rights of the residents.

Leslie's Care Home, located at 429 Linnell Avenue, San Leandro, California, Leslie's Care Home II, located at 3579 Monterey Boulevard, San Leandro, California, and Floresta Board & Care, located at 3429 Alvarado Street, San Leandro, California, are licensed by the California Department of Social Services, Community Care Licensing Division (CCL) as Residential Care Facilities for the Elderly (RCFE). RCFEs are housing arrangements chosen voluntarily by the resident, the resident's guardian, conservator or other responsible person; where 75 percent of the residents are sixty years of age or older and where varying levels of care and supervision are provided, as agreed to at time of admission or as determined necessary at subsequent times of reappraisal. Any younger residents must have

needs compatible with other residents.  Each facility has a licensed capacity for six residents.

As indicated in my last report, the residents that were living at Floresta Board & Care were moved to Leslie's Care Home on Linnell Avenue.  There are five residents at the facility.  No one is residing at Floresta Board & Care and the facility is now closed. However, according to the CCL web site, Floresta Board & Care continues to remain licensed.  Five residents are living at Leslie's Care Home II on Monterey Boulevard.

For this reporting period, local Ombudsman Program Coordinator Denyse McCowan made a visit on April 12, 2010 to each of the facilities.  She met with residents and facility administrator Leslie Jose.

Ms McCowan conducted a comprehensive review of both facilities.  Both facilities (including bathrooms) were clean and orderly.  Medications were kept under lock and key and are administered by the licensee who is also a registered nurse. Toxics and other cleaning supplies are also stored in a locked garage.  There are abundant supplies of food, with no out of date items.  Residents appeared to be happy.  The Ombudsman made several suggestions to the administrator.  She encouraged the administrator to post exercise times on the monthly activity

4

calendar.  She also suggested that the facility to host a Sunday afternoon meeting time for residents and families to come together to meet each other.  The administrator seemed agreeable to both suggestions.

The Patient Care Ombudsman has no recommendations for the court at this time.

April 14, 2010                                    _____
                                                  Joseph Rodrigues
                                                  State Long-Term Care Ombudsman

# PROOF OF SERVICE BY MAIL

STATE OF CALIFORNIA
COUNTY OF SACRAMENTO

I am employed in the County of Sacramento, State of California, in the Office of the State Long-Term Care Ombudsman; I am over the age of 18 and my business address is 1300 National Drive, Suite 200, Sacramento, California 95834.

On April 14, 2010, I served the foregoing document described as: **SECOND REPORT OF THE PATIENT CARE OMBUDSMAN** on the interested parties at their last known address in this action by placing a true and correct copy thereof in a sealed enveloped with postage thereon fully prepaid in the United States mail at Sacramento, California, addressed as follows:

**DEBTORS:**
Democrito S. Jose
Leslie C. Jose
338 King Dr.
South San Francisco, CA 94080

**LICENSING AGENCY:**
Carol Marcroft
Community Care Licensing
851 Traeger Ave., Suite 360
San Bruno, CA 94066

**DEBTOR'S COUNSEL:**
James F. Beiden
Law Offices of James F. Beiden
840 Hinckley Rd., #245
Burlingame, CA 94010

**OFFICE OF THE UNITED STATES TRUSTEE**
Julie M. Glosson
Office of the United States Trustee
235 Pine St., Suite 700
San Francisco, CA 94104

**LOCAL LTC OMBUDSMAN:**
Denyse McCowan
Alameda County LTC Ombudsman Program
6955 Foothill Blvd., Suite 300
Oakland, CA 94605

I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 14, 2010

*Anne Kim* (signature)
Anne Kim

6